U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
08 JUL -9 AM 22
JON W. SANFILIPPO
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

KYLE DEWOLF

14966-052

**WARRANT FOR ARREST**

CASE NUMBER: 08-59M (AEG)

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KYLE DEWOLF**, and bring him forthwith to the nearest magistrate to answer a complaint charging him with transferring obscene material to a minor, in violation of Title 18, United States Code, Section 1470, and causing interstate travel and using interstate communications for the purpose of inducing a minor to have sexual activity with him, in violation of Title 18, United States Code, Section 2422 (a) and (b).

| | |
|---|---|
| Aaron E. Goodstein | United States Magistrate Judge |
| Name of Judicial Officer | Title of Issuing Officer |
| [signature] | July 3, 2008 at Milwaukee, Wisconsin |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

2008 JUL -3 PM 2:22
U.S. MARSHAL
MILWAUKEE WI

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Binghamton, NY

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 7/4/08 | | [signature] SA FBI |

AO 442 (Rev. 5/85) Warrant for Arrest