# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
William U. Burke
Brian T. Fahl
Nancy Joseph
Calvin R. Malone
Brian P. Mullins
Thomas G. Wilmouth

517 E. Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

November 6, 2008

Hon. J. P. Stadtmueller
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4500

RE: *United States v. Kyle DeWolf*
    Case No. 08-CR-224

Dear Judge Stadtmueller:

I write to inform the court of Mr. Dewolf's intent to enter a change of plea in this case. I anticipate that a plea agreement will be filed on Monday.

Sincerely,


**s/Nancy Joseph**
    Nancy Joseph

NJ/lcw

N:\Cases-Open\C-D\Dewolf, Kyle - 08-443\Correspondence\110608HonJPS.wpd