# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

    v.                            Case No. 08-Cr-224

**KYLE DEWOLF,**

        Defendant.

## ORDER OF DETENTION PENDING REVOCATION HEARING

On May 16, 2017, the Court conducted an initial appearance of the defendant, Kyle DeWolf, upon his arrest on a warrant for violating the conditions of his supervised release. The government is seeking detention. The defendant does not contest detention at this time. Accordingly, the Court will order that the defendant be detained pending his revocation hearing. However, the Court is willing to review this matter after counsel is appointed for the defendant.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the defendant, Kyle DeWolf, is committed to the custody of the United States Marshals Service pending further proceedings before United State District Judge J.P. Stadtmueller.

Dated May 16, 2017 at Milwaukee, Wisconsin.

BY THE COURT:

_William E. Duffin_
WILLIAM E. DUFFIN
United States Magistrate Judge