# United States District Court

Eastern District of Wisconsin

UNITED STATES OF AMERICA

V.

KYLE DEWOLF

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)
**Case Number: 08-CR-224-JPS**
**Marshal Number: 14966-052**

Ronnie Murray
Defendant's Attorney

Mel Johnson
Assistant United States Attorney

**THE DEFENDANT:**

Admitted guilt to violation of conditions of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Grade of Violation | Violation Ended |
|---|---|---|---|
| 1 | Failed to Report | C | 1/4/17 |
| 2 | Changed Address Without Notice | C | 8/24/16 |
| 3 | Failed to Participate in Mental Health Treatment | C | 10/18/16 |
| 4 | Consumed Alcohol | C | 12/5/16 |
| 5 | Failed to Participated in Sex Offender Mental Health Therapy | C | 6/2/17 |
| 7 | Left Judicial District Without Approval | C | 1/4/17 |

The defendant is sentenced as provided in sheets 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Date Sentence Imposed: June 2, 2017

_____
J. P. Stadtmueller
U.S. District Judge

Date Judgment Signed: June 2, 2017

AO 245D (Rev.12/03) Judgment in a Criminal Case for Revocations: Sheet 2 – Imprisonment

Defendant: Kyle DeWolf
Case Number: 08-CR-224

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of Six (6) months as to Count Two of the Indictment.

The defendant is remanded to the custody of the U.S. Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By: _____
Deputy U.S. Marshal

Defendant: Kyle DeWolf
Case Number: 08-CR-224

# UNSATISFIED CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set for on Sheet 6.

|  | **Special Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | None | None | None |

## FINE

Based upon the defendant's limited financial resources, the Court determines that the defendant does not have the financial ability to pay a fine within the guidelines range. The Court determines that the defendant does not have the financial ability to pay the interest on the fine, costs of incarceration, costs of community confinement and supervision, and therefore waives the interest on the fine, costs of incarceration, costs of community confinement and supervision in this case.

A waiver of the cost of community confinement does not preclude the Bureau of Prisons from imposing a subsistence fee of up to twenty-five percent (25%) of gross income, based on ability to pay, for any portion of the sentence spent in a community correctional facility.

## RESTITUTION

The defendant shall pay restitution in the amount listed below. Restitution payments shall be made to the Clerk of the Court—362 U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202—who shall disburse restitution payments to the following payee(s):

| PAYEE | AMOUNT |
|---|---|
| N/A | None |

Defendant: Kyle DeWolf
Case Number: 08-CR-224

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment, and (2) restitution.

Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of the criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the Court, their supervising probation officer, or the United States Attorney.